DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail: DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

       Plaintiff,                      07 Civil 8551 (Berman, J.)

- against -

NATIONAL FINANCIAL PARTNERS
CORP. and JEFFREY A. MONTGOMERY,

       Defendants.

### NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
       November 7, 2007

Yours, etc.

*/s/ David Lopez*
David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Richard M. Berman, U.S.D.J.
New York, New York
October   , 2007